Argued and submitted June 20, conviction affirmed; condition of probation vacated; remanded for resentencing August 21, 1991

## STATE OF OREGON,
*Respondent,*

*v.*

## LYNN AARONETTE DUNKIN,
*Appellant.*

(89C-21430; CA A64491)

814 P2d 565

Peter Gartlan, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Cynthia A. Forbes, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals her conviction for possession of a controlled substance. ORS 475.992(4). We affirm her conviction without discussion and write only to address her assignment that the court imposed an improper condition of probation.

The trial court suspended imposition of sentence and placed defendant on two years probation. As a condition of probation, it ordered that she "[s]ubmit person, residence, vehicle, and property to search by probation officer." We accept the state's concession that the condition does not conform to ORS 137.540(2)(m), which requires that there be reasonable grounds to justify any search. The condition of probation must be vacated and the case remanded for resentencing. *State v. Ward,* 102 Or App 679, 680, 794 P2d 833 (1990); *State v. Schwab,* 95 Or App 593, 771 P2d 277 (1989).

Conviction affirmed; condition of probation allowing search by probation officer vacated; remanded for resentencing.